**Order entered February 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00034-CR

## ANTUAN SPENCER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

## On Appeal from the Criminal District Court No. 7
## Dallas County, Texas
## Trial Court Cause No. F-1453001-Y

## ORDER

Before the Court is appellant's January 27, 2017 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before February 27, 2017. If appellant's brief is not filed by **FEBRUARY 27, 2017**, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    LANA MYERS
        JUSTICE